UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 4011 |
| | ) | |
| | ) | Chief Judge Pallmeyer |
| NDUDI ANIEMEKA and OBIAGELI | ) | |
| ANIEMEKA, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

Pursuant to the jury verdict rendered on May 2, 2023, in favor of the United States and against defendants Ndudi Aniemeka and Obiageli Aniemeka, on the United States' cause of action under the False Claims Act, 31 U.S.C. § 3729(a)(1), Dkt. 221, including the jury's answers to special interrogatories, determining that defendants caused 158 false claims to Medicare, and that Medicare paid $425,976.32 on those false claims, Dkt. 224 (sealed),

JUDGMENT is entered in favor of the United States and against Ndudi Aniemeka and Obiageli Aniemeka, jointly and severally, in the amount of $3,015,928.96 (Judgment Amount), plus costs to the United States. The Judgment Amount is made up of the following statutory elements, pursuant to 31 U.S.C. § 3729(a)(1), with penalties adjusted by 28 CFR § 85.3(a)(9):

1.    Treble damages in the amount of $1,277,928.96; and

2.    Civil penalties of $11,000 per false claim, in the amount of $1,738,000.

Execution on the judgment is not stayed by Rule 62(a), and the United States may commence enforcement immediately.

ENTER:

Rebecca R. Pallmeyer, Chief Judge
United States District Court

Dated: May 12, 2023